# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 FEB 12 AM 10:28
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| TONY WELLS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-65 |
| v. | * | |
| WARDEN J.V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's January 17, 2018, Report and Recommendation, dkt. no. 11, to which Petitioner Tony Wells ("Wells") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, dkt. no. 8, **DISMISSES** Wells's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Wells leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_12\_\_ day of \_\_February\_\_, 2018.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA